NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
Assistant United States Attorneys
Asset Forfeiture Section
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-3391
    Facsimile: (213) 894-0142
    Email: John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>€1,680,028.85 IN BANK FUNDS<br>SEIZED FROM FIO ACCOUNT '2226,<br>ET AL.,<br><br>                    Defendants. | No. CV 18-8569-RGK (PJWx)<br><br>**JOINT EX PARTE APPLICATION TO<br>EXTEND DEADLINE FOR CLAIMANTS TO<br>RESPOND TO THE COMPLAINT**<br><br><br>**Current deadline: 10/28/2019<br>Requested deadline: 4/28/2020** |

        PLEASE TAKE NOTICE that by this joint, *ex parte* application, the
parties respectfully move this Court for an order extending the time
for Claimants to respond to the verified civil forfeiture complaint
to April 28, 2020, and that prior to April 28, 2020, any party may
move to require Claimants to respond to the complaint within 30 days.
The government has contacted counsel for Claimants, and all counsel
join in this request.

1    Between September 28, 2018, and October 10, 2018, the government
2    filed verified civil forfeiture complaints in 27 cases: 2:18-CV-
3    08420; 2:18-CV-08423; 2:18-CV-08551; 2:18-CV-08555; 2:18-CV-08556;
4    2:18-CV-08565; 2:18-CV-08566; 2:18-CV-08568; 2:18-CV-08569; 2:18-CV-
5    08570; 2:18-CV-08577; 2:18-CV-08578; 2:18-CV-08579; 2:18-CV-08588;
6    2:18-CV-08592; 2:18-CV-08723; 2:18-CV-08730; 2:18-CV-08747; 2:18-CV-
7    08748; 2:18-CV-08749; 2:18-CV-08750; 2:18-CV-08753; 2:18-CV-08754;
8    2:18-CV-08759; 2:18-CV-08760; 2:18-CV-08763; AND 2:18-CV-08764
9    ("Verified Civil Forfeiture Cases").  All cases are related to active
10   litigation in 2:18-CV-06742, *In the Matter of Seizure of: Any and All*
11   *Funds Held in Republic Bank of Arizona* (C.D. Cal. 2018).
12       On October 12, 2018, the government moved for a stay of
13   proceedings in 2:18-CV-6742 and all related cases.  *See In the Matter*
14   *of Seizure of: Any and All Funds Held in Republic Bank of Arizona*,
15   Doc. No. 79.  On October 23, 2018, the Court granted the stay.  *See*
16   Doc. No. 85.  On October 29, 2018, Claimants appealed to the Ninth
17   Circuit Court of Appeals.  *See* Doc. No. 86.  On September 23, 2019,
18   the Ninth Circuit issued a mandate (Doc. No. 100) vacating the stay
19   order and remanding to the district court to conduct further
20   proceedings (*see* Doc. No. 98).  On October 4, 2019, this Court lifted
21   its stay.  Doc. No. 101.  Accordingly, the current deadline for
22   Claimants to respond to the complaints in each of the above Verified
23   Civil Forfeiture Cases is October 28, 2019.  Claimants first
24   contacted the government to discuss this stipulated request for an
25   extension of time on October 4, 2019.
26       The parties agree that the interests of justice and court and
27   party resources are best served by extending the deadline for
28   Claimants to respond to the complaints in each of the above Verified

1   Civil Forfeiture Cases to April 28, 2020, and that prior to April 28,

2   2020, any party may move to compel Claimants to respond to the

3   complaint within 30 days.  This extension of time is necessary

4   because the pending litigation in *In the Matter of Seizure of: Any*

5   *and All Funds Held in Republic Bank of Arizona* may be dispositive of

6   many if not all issues presented by the complaints.  The pending

7   motions that this Court is to address on remand (*see* Doc. Nos. 101

8   and 102) include Claimants' Motion to Vacate the Seizure Warrants

9   (Doc. No. 6), Claimants' Motion for Order to Access and Use

10  Purportedly Inadvertently Produced Materials (Doc. No. 69), and

11  Claimant Lacey's Motion for Release of Certain Untainted Funds (Doc.

12  No. 22).  The Court's rulings on this pending litigation will

13  significantly impact Claimants' responses to the complaints in each

14  of the above Verified Civil Forfeiture Cases.  Further, each of the

15  27 complaints in each of the Verified Civil Forfeiture Cases is over

16  100 pages long; a continuance of the deadline to respond to the

17  complaints will prevent the filing of thousands of pages with the

18  Court in the first instance and potentially thousands of more pages

19  of amendments and supplements as the pending litigation in *Matter of*

20  *Seizure of: Any and All Funds Held in Republic Bank of Arizona*

21  unfolds.

22      Accordingly, the parties agree that the interest of justice and

23  court and party resources are best served by extending the deadline

24  to April 28, 2020, and that prior to April 28, 2020, any party may

25  move to compel Claimants to respond to the complaint within 30 days.

26  //

27  //

28

The parties respectfully request that the Court order the same.  A
proposed order accompanies this application.

Dated: October 23, 2019              Respectfully submitted,


                                     NICOLA T. HANNA
                                     United States Attorney
                                     BRANDON D. FOX
                                     Assistant United States Attorney
                                     Chief, Criminal Division
                                     STEVEN R. WELK
                                     Assistant United States Attorney
                                     Chief, Asset Forfeiture Section


                                      /s/ John J. Kucera
                                     JOHN J. KUCERA
                                     Assistant United States Attorneys


                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA