## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-08420-RGK-PJW; 2:18-cv-08423-RGK-PJW;<br>2:18-cv-08551-RGK-PJW; 2:18-cv-08555-RGK-PJW;<br>2:18-cv-08556-RGK-PJW; 2:18-cv-08565-RGK-PJW;<br>2:18-cv-08566-RGK-PJW; 2:18-cv-08568-RGK-PJW;<br>2:18-cv-08569-RGK-PJW; 2:18-cv-08570-RGK-PJW;<br>2:18-cv-08577-RGK-PJW; 2:18-cv-08578-RGK-PJW;<br>2:18-cv-08579-RGK-PJW; 2:18-cv-08588-RGK-PJW;<br>2:18-cv-08592-RGK-PJW; 2:18-cv-08723-RGK-PJW;<br>2:18-cv-08730-RGK-PJW; 2:18-cv-08747-RGK-PJW;<br>2:18-cv-08748-RGK-PJW; 2:18-cv-08749-RGK-PJW;<br>2:18-cv-08750-RGK-PJW; 2:18-cv-08753-RGK-PJW;<br>2:18-cv-08754-RGK-PJW; 2:18-cv-08759-RGK-PJW;<br>2:18-cv-08760-RGK-PJW; 2:18-cv-08763-RGK-PJW;<br>2:18-cv-08764-RGK-PJW | Date | October 25, 2019 |
| --- | --- | --- | --- |
| Title | *Related cases to In the Matter of Seizure of: Any and all funds held in Republic Bank of Arizona Accounts* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
| --- | --- |

| Sharon L. Williams | Not Reported | N/A |
| --- | --- | --- |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| --- | --- |
| Not Present | Not Present |

**Proceedings:**       **(IN CHAMBERS) Order re: Joint Ex Parte Application to Extend Time to Respond to Complaint**

    These Court has read and considered the ex parte applications filed on October 23, 2019. The date to respond to the complaint is continued from October 28, 2019 to **December 9, 2019.**

    **IT IS SO ORDERED.**

                                                                                                                                                                               :

                                          Initials of Preparer